# MOTION HEARING MINUTES

*CASE NAME:*

| Aircraft Owners and Pilots Association, et al. | VS | Andrew M. Cuomo, et al. |
|---|---|---|

*CAUSE*: 28:2201 Declaratory Judgment        *DATE*:  August 2, 2007

*PROCEEDING:*     Motion Hearing

*LAW CLERKS*: _____     *CASE NUMBER:*  1:06-cv-1468  (GLS/RFT)

*TRIAL DATE:*  **/**/**         *STENO*:    Theresa Casal

Note:     None

| PRINT NAME | FIRM NAME | PARTY: |
|---|---|---|
| Alan Jay Goldberg, Esq.<br>Howard Levine, Esq. | Whiteman, Osterman Law Firm | Plaintiffs |
| Kathleen A. Yodice, Esq. | Yodice Associates | Plaintiffs |
| Douglas J. Goglia, AAG | New York State Attorney General's Office | Defendants |

BEGINNING TIME:   9:05 A.M.        END TIME:  9:20 A.M.

**APPEARANCES:**. All attorneys present.

9:05 a.m.   Atty. Levine discusses pending motion; pure issue of law.
9:05 a.m.   Atty. Goglia states issue very broad; state statute supplements; federal door.
9:05 a.m.   Atty. Goglia discusses expanding of jurisdiction; not binding on this court.
9:06 a.m.   Court states either pre-empted or not; take up issue with the 2nd circuit based on this court's decision.
9:06 a.m.   Court states read submissions; fully and fairly presented; nothing more to add. Court indicates Court Exhibit 1 issued to parties which was standard of review to incorporate into the record. Court states facts for the record for the 2nd circuit; Court discusses motions filed by both parties. Court discusses the preemption doctrine.

9:16 a.m.   Court finds that field preemption does apply; feds to preempt this field; court declines to discuss conflict preemption; Court GRANTS plaintiffs' motion; statute is unconstitutional and unenforceable; Grants declaratory judgment. Court states transcript constitutes the decision of the court. No written order forthcoming.