================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

| NORTHERN | DISTRICT OF | NEW YORK |

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:06-cv-1468  (GLS/RFT)**

**AIRCRAFT OWNERS AND PILOTS ASSOCIATION, ET AL.**

v.

**ANDREW M. CUOMO, ET AL.**

_____   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_X\_\_\_\_   **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED,** that the plaintiffs' [15] Motion for Summary Judgment is GRANTED in its entirety and the defendants are permanently enjoined from the enforcement of New York General Business Law Section 251-b and 251-c and the defendants' [21] Cross-Motion for Summary Judgment is DENIED. The transcript of the proceedings constitutes the decision of the court. No written order will be forthcoming, in accordance with the oral order issued from the bench by U.S. District Judge Gary L. Sharpe on August 2, 2007.


August 2, 2007                                              **LAWRENCE K. BAERMAN**
                                                            CLERK OF THE COURT


                                                     BY:      S/
                                                            DEPUTY CLERK
                                                            John Law